# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL BOWEN,<br><br>*Plaintiff*,<br><br>vs.<br><br>224 REALITIES, LLC, and MAX TAX I CORP.,<br><br>*Defendants*. | Case No. 1:19-cv-11815 |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED AND AGREED, that the within matter having been amicably adjusted in all respects, it be and hereby is dismissed with prejudice and without costs to any party.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF NOLAN KLEIN, P.A.<br>*Attorneys for Plaintiff Daniel Bowen* | GORDON REES SCULLY MANSUKHANI LLP<br>*Attorneys for Defendants 224 Realties, LLC and MAX TAX I CORP.* |
| By: */s/Nolan Klein*<br>Nolan Klein<br>klein@nklegal.com<br>5550 Glades Road - Suite 500<br>Boca Raton, Florida 33431<br>1-954-745-0588 | By: */s/ Douglas E. Motzenbecker*<br>Douglas E. Motzenbecker<br>dmotzenbecker@grsm.com<br>One Battery Park Plaza - 28th Floor<br>New York, New York 10004<br>1-212-269-5500<br>1-973-549-2514 (direct)<br>1-973-377-1911 (facsimile) |

DATED:  May 15, 2020